USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/5/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiff,

-against-

DIG INN RESTAURANT GROUP LLC,

                Defendant.

19 Civ. 11374 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 13, 2019, the Court ordered the parties to submit a joint letter and proposed case management plan by February 4, 2020. ECF No. 5. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **February 7, 2020**.

    SO ORDERED.

Dated: February 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge