# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

<u>VIA ECF</u>

February 6, 2020

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Calcano v Dig Inn Restaurant**
Case No.: 1:19-cv-11374

Dear Judge Torres:

This firm is counsel to Plaintiff Calcano in the above-referenced matter. The plaintiff herein respectfully requests an adjournment of the Initial Conference. Pursuant to your honor's Individual Rules, (1) this matter is presently scheduled for an Initial Conference on February 11, 2020 (Dk#5). (2) Defendant has not appeared. I moved offices and am in the process of effectuating timely service to be filed pursuant to Rule 4(m) with the court. (3&4) This is plaintiff's first request. (5) Presently adversary is not represented by counsel. Plaintiff requests the matter be set down for a date in March. Plaintiff is further aware of your honor's rules regarding joint status and case management. Same will be timely filed in this matter.

Thank you for your kind consideration of this request.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

DS

GRANTED. The initial pretrial conference scheduled for February 11, 2020 is ADJOURNED to **March 19, 2020**, at **10:40 a.m.** By **March 12, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 7, 2020
New York, New York

ANALISA TORRES
United States District Judge