USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

# LAW OFFICE OF DARRYN G. SOLOTOFF
### ATTORNEYS AT LAW

<u>VIA ECF</u>

March 12, 2020

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    Calcano v Dig Inn Restaurant Group LLC
                         Case No.:1:19-cv-11374-AT

Dear Judge Torres:

      This firm is counsel to Plaintiff Evalina Calcano in the above-referenced matter. Plaintiff writes in reference to your Honor's Individual Rules II (B) governing initial pretrial conferences. On February 7, 2020 your Honor issued an Order (Dk# 9) directing in part for the parties to submit a proposed case management plan and joint status letter by March 12, 2020, in advance of the Initial Conference, scheduled for March 19, 2020. Defendants have failed to appear. On February 14, 2020 (Dk#10) plaintiff filed the Affidavit of Service, noting service was perfected on February 10, 2020 on the Secretary of State. Defendants requirement to submit a responsive pleading was due no later than 3/10/2020.

      Pursuant to your Honor's Individual Rules of Practice II (B) plaintiff respectfully requests an adjournment of the Initial Conference. Plaintiffs' counsel intends to send via priority mail, the docket and a copy of the Complaint informing defendant of the potential for default. Plaintiff requests a thirty (30) day adjournment to determine whether defendant intends on responding. If defendant has not responded within thirty (30) days, plaintiff will submit a request for a certificate of default.

      Thank you for your kind consideration of this request.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

GRANTED. The initial pretrial conference scheduled for March 19, 2020 is ADJOURNED to **April 23, 2020**, at **11:20 a.m.** By **April 16, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 12, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge