DAVID J. GRECH
Dgrech@grsm.com

BRITTANY L. PRIMAVERA
Bprimavera@grsm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2020

ATTERY PARK PLAZA, FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

April 8, 2020

**VIA ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Calcano et al. v. Dig Inn Restaurant Group, LLC*
           Case No.: 1:19-cv-11374-AT

Dear Judge Torres:

We were recently retained to represent defendant Dig Inn Restaurant Group, LLC ("Defendant") in this case. We have conferred with counsel for named plaintiff, Evelina Calcano ("Plaintiff"), and write with their consent to respectfully request an extension of Defendant's time to respond to the complaint, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases.

Defendant respectfully requests thirty (30) days from the date of this application to submit its response to the complaint. As this requested extension of time would affect other scheduled dates, specifically the parties' submission of a joint letter and proposed case management plan, currently scheduled for April 16, 2020, and the initial pretrial conference, currently scheduled for April 23, 2020, Defendant also respectfully and with Plaintiff's consent requests that those dates be adjourned to dates after Defendant's submission of its response to the complaint, subject to the Court's calendar.

This represents Defendant's first request for any extension of time or adjournment in this case. We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

GRANTED. By **May 8, 2020**, Defendant shall answer or otherwise respond to the complaint. It is further ORDERED that the initial pretrial conference scheduled for April 23, 2020 is ADJOURNED to **May 20, 2020**, at **10:40 a.m.** By **May 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 8, 2020
        New York, New York

                                            ANALISA TORRES
                                       United States District Judge